IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CAPITOL RECORDS, INC., a Delaware corporation, et al.,** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **vs.** ) <br> ) <br> **DOES 1 - 16,** ) <br> ) <br> **Defendants.** ) | **8:07CV3278** <br><br> **SCHEDULING ORDER** |

On December 27, 2007, the plaintiffs were granted leave to take immediate discovery and were ordered to serve their Rule 45 subpoena no later than January 31, 2008. Since then, there has been no activity in the file.

**IT IS ORDERED:**

1. No later than **March 5, 2008**, plaintiffs shall electronically file proof of service showing compliance with the January 31, 2008 deadline and listing the names and addresses of the persons to whom notice was sent.

2. If the Rule 45 subpoena was not, in fact, served on or before January 31, 2008, plaintiffs' counsel shall show cause by written affidavit why the court should not revoke its prior order granting leave to take immediate discovery.

**DATED February 22, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**