IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAPITOL RECORDS, Inc., a Delaware Corporation, ARISTA RECORDS, LLC, a Delaware Limited Liability Company, ATLANTIC RECORDING, Corporation, a Delaware Corporation, BMG MUSIC, a New York General Partnership, INTERSCOPE RECORDS, a California General Partnership, LAFACE RECORDS, LLC, a Delaware Limited Liability Company, MAVERICK RECORDING, Company, a California Joint Venture, PRIORITY RECORDS, LLC, a California Limited Liability Company, SONY BMG MUSIC ENTERTAINMENT, a Delaware General Partnership, UMG RECORDINGS, Inc., a Delaware corporation, VIRGIN RECORDS AMERICA, Inc., a California Corporation, WARNER BROS. RECORDS, Inc., a Delaware Corporation, ZOMBA RECORDING, LLC, a Delaware Limited Liability Company, and LAVA RECORDS, LLC, a Delaware Limited Liability Company, <br><br>        **Plaintiffs,** <br><br>        v. <br><br>**DOES 1-16,** <br><br>        **Defendant.** | 4:07CV3278 <br><br><br><br>ORDER DISMISSING CASE<br>WITHOUT PREJUDICE |

This matter comes before the Court on the Plaintiffs' Notice of Dismissal without Prejudice (Filing No 12). The Court, being fully advised in the premises, finds that the Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Notice of Dismissal Without Prejudice (Filing No. 12) is approved;

2. The Complaint (Filing No. 1) is hereby dismissed without prejudice; and

3. The parties will pay their own attorney fees and costs.

DATED this 15th day of April, 2008.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge